UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23-CR-211-D-RN

UNITED STATES OF AMERICA

v.

LAMONT KEVIN WILLIAMS

ORDER GRANTING MOTION
TO SEAL DOCUMENT

On April 16, 2026, defendant moved to file a document under seal. For good cause shown, the court GRANTS the motion to seal. Docket Entry 79 is SEALED.

SO ORDERED, this 17 day of April, 2026.

JAMES C. DEVER III
United States District Judge